UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 12 P 3:38

UNITED STATES OF AMERICA : DOCKET NO. 3:03CR182(SRU)
v. :
ALBERT D. LATOUCHE and :
SALVATORE J. CARTELLI, JR. : SEPTEMBER 21, 2004

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
November 4, 2004
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through undersigned counsel, respectfully submits the following EXHIBIT LIST:

9-27-04 Full 1A. Needlyzer

9-27-04 Full 1B. Needlyzer Brochure

1C. Distribution Agreement 7/23/97

1D. Brian LaTouche Lawsuit 4/18/94

9-27-04 Full 1E. Albert LaTouche faxed letter to Brian LaTouche 11/21/94

1F. Brian LaTouche handwritten note – Sal Cartelli files 11/26/96

1G. Brian LaTouche handwritten notes re FDA not dated

1H. 10/31/96 Fax – S. Cartelli to Brian LaTouche re PMA process

1I. Brian LaTouche 11/19 phone message – PMA process

9-27-04 Full 1J. IDI letter to Albert LaTouche 1/30/97

1K. 10/1/97 Memo to Brian LaTouche

9-27-04 Full 1L. 8/7/98 The Tennessean Article Re: FDA Approval of Needlyzer

9.27.04 full 2. Articles of ~~Incorporation~~ Organization GTS

4.27.04 full 3A. Fleet signature card with Scafidi signature (Savings)

4.27.04 full 3B. Fleet signature card with Scafidi signature (Temporary/Checking)

4.27.04 full 3C. Fleet signature card with Scafidi signature (Permanent/Checking)

3D. S. Cartelli Promissory Note, 9/29/99

4.27.04 full 3E. Spreadsheet Scafidi Checks to himself from Fleet 44124 account

4.27.04 full 3F. Spreadsheet Cartelli and Maine Checks to Scafidi from other accounts

9.27.04 full 4A. Medical Disposal Device Brochure

9.28.04 full 4B. 1/30/97 Roy $15,000 promissory note -Roy

9.28.04 full 4C. 3/26/97 Roy $15,000 investor agreement -Roy

9.28.04 full 4D. 4/3/97 Roy $50,000 investor agreement · Roy

9.28.04 full 4E. 4/21/97 Roy $30,000 investor agreement  ''

9.28.04 full 4F. 7/19/97 Roy $10,000 investor agreement  ''

9.27.04 full 4G. 11/7/97 Roy $5,000 investor agreement  ''

9.28.04 full 4H. 11/7/97 Roy $5,000 promissory note  ''

9.29.04 full 4I. 5/15/00 Roy $880,000 promissory note  ''

9.28.04 full 4J. 4/15/98 Roy Newsletter  Roy

9.28.04 full 4K. 5/21/98 Roy Newsletter  Roy

9.28.04 full 4L. 6/26/98 Roy Newsletter  Roy

9.28.04 full 4M. 7/29/98 Roy Newsletter  Roy

9.28.04 full 4N. 8/26/98 Roy Newsletter  Roy

| | | |
|---|---|---|
| 9-28-04 Full | O. | 9/29/98 Roy Newsletter | Roy |
| 9-28-04 Full | P. | 10/27/98 Roy Newsletter | " |
| 9-28-04 Full | Q. | 11/24/98 Roy Newsletter | " |
| 9-29-04 Full | R. | 11/26/99 Roy Newsletter | " |
| 9-29-04 Full | S. | 6/3/99 Roy Newsletter | " |
| 9-29-04 Full | T. | 8/9/99 Roy Newsletter | " |
| 9-29-04 Full | U. | 10/1/99 Roy Newsletter | " |
| 9-27-04 Full 9/28/04 | V. | "Vatican" letter | " |
| 9-28-04 Full | W. | Roy Tape 1, Side A | " |
| 9-28-04 Full | X. | Roy Tape 1, Side B. | " |
| 9-28-04 Full | Y. | Roy Tape 2, Side A & Side B | " |
| 9-28-04 Full | Z. | Roy Tape 3, Side A & Side B | " |
| 10-04-04 Full | 5A. | 7/15/97 Flavell $20,000 Investment Agreement | |
| 10-04-04 Full | 5B. | 9/29/97 Flavell $10,000 Investment Agreement | |
| 10-04-04 Full | 6A. | 6/2/98 S. Randino $15,000 Investment Agreement | |
| 10-04-04 Full | 6B. | 4/15/98 S. Randino Newsletter & Envelope | |
| 10-04-04 Full | 6C. | 5/21/98 S. Randino Newsletter & Envelope | |
| 10-04-04 Full | 6D. | 6/26/98 S. Randino Newsletter & Envelope | |
| 10-04-04 Full | 6E. | 7/29/98 S. Randino Newsletter & Envelope | |
| 10-04-04 Full | 6F. | 8/26/98 S. Randino Newsletter & Envelope | |
| 10-04-04 Full | 6G. | 9/29/98 S. Randino Newsletter & Envelope | |

| | | |
|---|---|---|
| 10-10-04 Full | 6H. | 10/27/98 S. Randino Newsletter & Envelope |
| 10-10-04 Full | 6I. | 11/24/98 S. Randino Newsletter & Envelope |
| 10-10-04 Full | 6J. | 1/26/99 S. Randino Newsletter & Envelope |
| 10-10-04 Full | 6K. | 6/3/99 S. Randino Newsletter & Envelope |
| 10-10-04 Full | 6L. | 8/9/99 S. Randino Newsletter & Envelope |
| 10-10-04 Full | 6M. | 10/1/99 S. Randino Newsletter & Envelope |
| 10-04-04 Full | 7A. | 3/20/98 M. Randino $5,000 Investment Agreement |
| 10-04-04 Full | 7B. | 6/2/98 M. Randino $10,000 Investment Agreement |
| | 7C. | 2/2/98 Letter to S. J. Cartelli, Jr., from Archbishop Grocholewski |
| 10-04-04 Full | 7D. | 5/21/98 M. Randino Newsletter |
| 10-04-04 Full | 7E. | 6/26/98 M. Randino Newsletter |
| 10-04-04 Full | 7F. | 7/29/98 M. Randino Newsletter |
| 10-04-04 Full | 7G. | 8/26/98 M. Randino Newsletter |
| 10-04-04 Full | 7H. | 9/29/98 M. Randino Newsletter |
| 10-04-04 Full | 7I. | 10/27/98 M. Randino Newsletter |
| 10-04-04 Full | 7J. | 11/24/98 M. Randino Newsletter |
| 10-04-04 Full | 7K. | 1/26/99 M. Randino Newsletter |
| 10-04-04 Full | 7L. | 6/3/99 M. Randino Newsletter |
| 10-04-04 Full | 7M. | 8/9/99 M. Randino Newsletter |
| 10-04-04 Full | 7N. | 10/1/99 M. Randino Newsletter |
| 10-5-04 Full | 8A. | 2/5/99 Batzner $10,000 Investment Agreement |

10-5-04 Full 8B.    2/22/99 Batzner $10,000 Investment Agreement

8C.    6/3/99 Batzner Newsletter & Envelope

8D.    10/1/99 Batzner Newsletter & Envelope

9-30-04 Full 9A.    3/13/98 Oktavec $30,000 Investment Agreement

9-30-04 Full 9B.    4/15/98 Oktavec Newsletter

9-30-04 Full 9C.    5/21/98 Oktavec Newsletter

9-30-04 Full 9D.    6/26/98 Oktavec Newsletter

9-30-04 Full 9E.    8/26/98 Oktavec Newsletter

9-30-04 Full 9F.    9/28/98 Oktavec Newsletter

9-30-04 Full 9G.    10/27/98 Oktavec Newsletter

9-30-04 Full 9H.    6/3/99 Oktavec Newsletter

9-30-04 Full 9I.    8/9/99 Oktavec Newsletter

9-30-04 Full 9J.    10/1/99 Oktavec Newsletter

10-04-04 Full 10A.    5/21/99 Erlandsen $5,000 Investment Agreement

10-04-04 Full 10B.    5/28/99 Erlandsen $5,000 Investment Agreement

10-04-04 Full 10C.    7/1/99 Erlandsen $2,000 Investment Agreement

10-04-04 Full 10D.    11/11/99 Erlandsen $3,000 Investment Agreement

10-04-04 Full 10E.    6/3/99 Erlandsen Newsletter & Envelope

10-04-04 Full 10F.    8/9/99 Erlandsen Newsletter

10-04-04 Full 10G.    10/1/99 Erlandsen Newsletter

9-30-04 Full 11A.    8/2/99 Fabri $20,000 Investment Agreement

9/30/04 Full 11B. 8/27/99 Fabri $10,000 Investment Agreement

9/30/04 Full 11C. 12/1/99 Fabri $10,000 Investment Agreement

9/30/04 Full 11D. 8/9/99 Fabri Newsletter & Envelope

9/30/04 Full 11E. 10/1/99 Fabri Newsletter

9/30/04 Full 12A. 7/21/97 Cartier $10,000 Investment Agreement

9/30/04 Full 12B. 11/15/99 Cartier $5,000 Investment Agreement

9/30/04 Full 12C. 11/16/99 Cartier $5,000 Investment Check

12D. 7/17/97 Letter to City of New London from S.J. Cartelli, Jr.

9/30/04 12E. 2/2/98 Letter to S.J. Cartelli, Jr., from Archbishop Grocholewski

9/30/04 Full 12F. 4/15/98 Cartier Newsletter

9/30/04 Full 12G. 5/21/98 Cartier Newsletter

9/30/04 Full 12H. 6/26/98 Cartier Newsletter

9/30/04 Full 12I. 7/29/98 Cartier Newsletter

9/30/04 Full 12J. 8/26/98 Cartier Newsletter

9/30/04 Full 12K. 9/29/98 Cartier Newsletter

9/30/04 Full 12L. 10/27/98 Cartier Newsletter

9/30/04 Full 12M. 11/24/98 Cartier Newsletter

9/30/04 Full 12N. 1/26/99 Cartier Newsletter

9/30/04 Full 12O. 6/3/99 Cartier Newsletter

9/30/04 Full 12P. 8/9/99 Cartier Newsletter

9/30/04 Full 12Q. 10/1/99 Cartier Newsletter

10-5-04 full 13A.  7/19/97 Casella $10,000 Investment Agreement

13B.  4/15/98 Casella Newsletter & Envelope

13C.  5/21/98 Casella Newsletter & Envelope

13D.  6/26/98 Casella Newsletter & Envelope

13E.  1/26/98 Casella Newsletter & Envelope

13F.  1/26/99 Casella Newsletter & Envelope

13G.  8/9/99 Casella Envelope

13H.  10/1/99 Casella Newsletter & Envelope

10-05-04 Full 14A.  8/27/97 DiLauro $20,000 Investment Agreement

10-05-04 Full 14B.  5/8/00 DiLauro Amendment to Investment Agreement

14C.  Medical Disposal Devices proposed payment to DiLauro

10-05-04 Full 14D.  4/15/98 DiLauro Newsletter & Envelope

10-05-04 Full 14E.  5/21/98 DiLauro Newsletter & Envelope

10-05-04 Full 14F.  6/26/98 DiLauro Newsletter & Envelope

10-05-04 Full 14G.  7/29/98 DiLauro Newsletter & Envelope

10-05-04 Full 14H.  8/26/98 DiLauro Newsletter & Envelope

10-05-04 Full 14I.  9/29/98 DiLauro Newsletter & Envelope

10-05-04 Full 14J.  10/27/98 DiLauro Newsletter & Envelope

10-05-04 Full 14K.  11/24/98 DiLauro Newsletter & Envelope

10-05-04 Full 14L.  1/26/99 DiLauro Newsletter & Envelope

10-05-04 Full 14M.  6/3/99 DiLauro Newsletter & Envelope

*10-05-04 Full* 14N.  8/9/99 DiLauro Newsletter & Envelope

*10-05-04 Full* 14O.  10/1/99 DiLauro Newsletter & Envelope

14P.  DiLauro Medical Disposal Devices Business Card – Albert LaTouche

*10-05-04 Full* 14Q.  DiLauro Brochure

*10-04-04 Full* 15A.  6/26/97 Birmingham $10,000 Investment Agreement

*10-04-04 Full* 15B.  1/17/00 Birmingham $3,000 Investment Agreement

*10-04-04 Full* 15C.  4/15/98 Birmingham Newsletter

*10-04-04 Full* 15D.  5/21/98 Birmingham Newsletter

*10-04-04 Full* 15E.  6/26/98 Birmingham Newsletter

*10-04-04 Full* 15F.  7/29/98 Birmingham Newsletter

*10-04-04 Full* 15G.  8/26/98 Birmingham Newsletter

*10-04-04 Full* 15H.  9/29/98 Birmingham Newsletter

*10-04-04 Full* 15I.  10/27/98 Birmingham Newsletter

*10-04-04 Full* 15J.  11/24/98 Birmingham Newsletter

*10-04-04 Full* 15K.  1/26/99 Birmingham Newsletter

*10-04-04 Full* 15L.  6/3/99 Birmingham Newsletter

*10-04-04 Full* 15M.  8/9/99 Birmingham Newsletter

*10-04-04 Full* 15N.  10/1/99 Birmingham Newsletter

*10-04-04 Full* 16A.  9/7/99 Nettleton $20,000 Investment Agreement

*10-04-04 Full* 16B.  11/4/99 Nettleton $5,000 Investment Agreement

*10-04-04 Full* 16C.  10/1/99 Nettleton Newsletter & Envelope

*9-30-04 Full* 17A.  4/7/99 S. Brooks $15,000 Investment Agreement

9-30-04 Full 17B. 6/3/99 S. Brooks Newsletter

9-30-04 W'' 17C. 8/9/99 S. Brooks Newsletter

9-30-04 Full 17D. 10/1/99 S. Brooks Newsletter

10-05-04 Full 18A. 3/11/00 Gottier $20,000 Investment Agreement

10-05-04 Full 18B. 4/11/00 Gottier $15,000 Investment Agreement

10-05-04 Full 18C. 4/11/00 Gottier $5,000 Investment Agreement

10-06-04 Full 19A. 6/5/00 Elsner $7,500 Investment Agreement

10-06-04 Full 19B. 6/1/00 Elsner Canceled Investment Check

10-06-04 Full 20. 7/10/00 Kuchyt $2,000 Investment Agreement

9-28-04 ID 21. 1/6/97 Robert Faber Letter to Sal Cartelli    Faber

22. 8/96 to 8/01 Notes by Joy Johnson

23. 10/99 Internet Web Page with Notes by S. Epstein

24. 3/4/04 Food and Drug Administration Certificate

10-5-04 Full 25. 3/31/99 First Union National Bank Forbearance Agreement

26. Portions of Deposition of Albert LaTouche in Nettleton v. LaTouche–9/23/02

27. Statement of Undisputed Facts Dated 5/27/03 and 5/28/03 in 3: CV418(PCD)

10-04-04 Full 28A. Albert LaTouche, Chase Auto Lease #04-9703-67423 ·   Brown

10-04-04 Full 28B. Mary Beth Mackin, Chittenden Auto Lease #67001919 and Payment History   Brown

10-04-04 '' 28C. Mary Beth Mackin, Cambria Auto Lease #68001651 and Payment History   Brown.

10-04-04 Full    28D.  Justin Cartelli, Chase Auto Lease #04-9805-20857 and       Brown
                       Payment History

10-04-04 Full    29.   Medical Disposal Devices Investor List Grouped by Investor

10-04-04 Full    30.   Medical Disposal Devices Investor List Ordered by Investment Date

10-04-04 Full    31.   Investment List with Corresponding Bank Account Deposit Notes

10-04-04 Full    32.   Bank Accounts Associated with Medical Disposal Devices

10-04-04 Full    33A.  Cash Deposits to Medical Disposal Devices Fleet Checking Account

10-04-04 Full    33B.  Cash Deposits to Various Related Bank Accounts

10-04-04 Full    34A.  Checks NOT Payable to S. Cartelli, A. LaTouche, or D. Maine from MDD Fleet Checking Account

10-04-04 Full    34B.  Checks NOT Payable to S.J. Cartelli, A. LaTouche, or D. Maine from Various Related Bank Accounts

10-04-04 Full    35A.  Checks Payable to S.J. Cartelli, Jr., from MDD Fleet Checking Account

10-04-04 Full    35B.  Checks Payable to S.J. Cartelli, Jr., from Various Related Bank Accounts

10-04-04 Full    36A.  Checks Payable to A. LaTouche from MDD Fleet Checking Account

10-04-04 Full    36B.  Checks Payable to A. LaTouche from Various Related Bank Accounts

10-04-04 Full    37.   Checks Payable to D. Maine from MDD Fleet Checking Account

10-04-04 Full    38A.  Checks Payable to Cash from MDD Fleet Checking Account

10-04-04 Full    38B.  Checks Payable to Cash from Various Related Bank Accounts

10-04-04 Full    39A.  Payments to Ford Expedition Auto Lease

*10·04·04 Full* 39B. Payments to Lincoln Town Car Auto Lease from MDD Fleet Checking Account  *Brown*

*10·04·04* 39C. Payments to Lincoln Town Car Auto Lease from Various Related Bank Accounts - *Court Ex-1*
*10·05·04 Full*
*10·04·04 Full* 39C·1 Payment to Lincoln Town Car - Substituted for 39·C

39D. Payments to Ford Excursion Auto Lease

*10·04·04 Full* 39E. Payments to Ford Mustang Auto Lease

*10·04·04 Full* 40. Payments to Investors from All Bank Accounts

*10·04·04 Full* 41. Deposits to Medical Disposal Devices Fleet Checking Account

*10·04·04 Full* 42. Deposits to S.J. Cartelli, Sr., Fleet Checking Account

*10·04·04 Full* 43. Deposits to S.J. Cartelli, Jr., Cartelli & Cartelli Account

44. 6/2/99 State of Connecticut letter to Donald Maine

*10-5-04 Full* 45A. 10/1/99 Minick $20,000 Investment Agreement

" 45B. 10/23/99 Minick $5,000 Investment Agreement

" 46. 5/19/98 Anne Remington Banks $5,000 Investment Agreement

" 47A. 1/4/99 Anthony Pozzetti $10,000 Investment Agreement

" 47B. 2/18/99 Anthony Pozzetti $10,000 Investment Agreement

" 48. 6/8/98 Brett Astin $5,000 Investment Agreement

*Full " 10-5-04* 49A. 8/15/97 Burton Slossberg $10,000 Investment Agreement
*10-7-04*

*Full " 10-5-04* 49B. 9/5/97 Burton Slossberg $10,000 Investment Agreement
*10-7-04*

" 50A. 2/24/00 Catherine Brutzman $5,000 Investment Agreement

" 50B. 7/22/99 Catherine Brutzman $2,500 Investment Agreement

" 50C. 7/12/99 Catherine Brutzman $10,000 Investment Agreement

-11-

*Full*
*10-5-04*  51A.  1/29/99 Charles Helenck $10,000 Investment Agreement

" 51B. 11/12/99 Charles Helenck $10,000 Investment Agreement

" 51C. ✓ 12/9/99 Charles Helenck $6,000 Investment Agreement

" 51D. 12/31/99 Charles Helenck $5,000 Investment Agreement

" 52. 4/16/98 David Banks $5,000 Investment Agreement

" 53. ✓ 5/19/98 Deborah Case Banks $5,000 Investment Agreement

" 54. ✓ 10/5/98 Donald Comeau $2,500 Investment Agreement

" 55. 5/19/98 Eileen McKiernan $5,000 Investment Agreement

" 56. 5/30/98 Grzegorz Wysocki $10,000 Investment Agreement

" 57. 8/7/97 James Stellato $7,500 Investment Agreement

" 58. 5/19/98 Janet Banks $5,000 Investment Agreement

" 59A. 7/30/99 John & Alice Durinick $5,000 Investment Agreement

" 59B. 8/23/99 John & Alice Durinick $2,500 Investment Agreement

" 60. 3/24/99 Kimbell Messier $5,000 Investment Agreement

" 61. 6/10/99 Leo & Marilyn McKiernan $10,000 Investment Agreement

" 62. 5/14/98 Mark Epright $5,000 Investment Agreement

" 63. 5/25/99 Raymond Kirby $5,000 Investment Agreement

" 64A. 8/7/97 Robert Siegel $7,500 Investment Agreement

" 64B. 7/19/97 Robert Siegel $5,000 Investment Agreement

" 65. 3/12/99 Robert Fuller $10,000 Investment Agreement

      *Full*
10-5-04  66.  5/19/00 Robert Quigley $10,000 Investment Agreement

"    67A.  11/28/97 Scott Graziano $25,000 Investment Agreement

"    67B.  2/11/98 Scott Graziano $10,000 Investment Agreement

"    68.  4/21/98 Timothy Banks $5,000 Investment Agreement

"    69A.  1/19/99 Tony & Sara Salamone $10,000 Investment Agreement

"    69B.  3/13/99 Tony & Sara Salamone $5,000 Investment Agreement

"    69C.  1/6/00 Tony & Sara Salamone $6,000 Investment Agreement

9-30-04 Full  70A.  4/13/99 Verne Brookes $10,000 Investment Agreement

9-30-04 Full  70B.  6/25/99 Verne Brookes $5,000 Investment Agreement

10-5-04 Full  71.  6/26/97 Vincenzo & Valerie Miceli $20,000 Investment Agreement

"    72.  4/21/98 Yuksel Serindag $5,000 Investment Agreement

"    73.  4/8/98 Augusta Chadsey $25,000 Investment Agreement

                                            Respectfully submitted,

                                            KEVIN J. O'CONNOR
                                            UNITED STATES ATTORNEY

                                            CALVIN B. KURIMAI
                                            ASSISTANT U.S. ATTORNEY
                                            FEDERAL BAR NO. CT07223
                                            157 CHURCH STREET
                                            NEW HAVEN, CT 06510
                                            Tel. (203) 821-3700

*Received Needlezer*
*10/12/04 Carlos Perez*