UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN -3  P 2: 03

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NUMBER 3:03CR 182 (SRU) |
| vs. | : BRIDGEPORT, CONN |
| ALBERT LaTOUCHE | : JANUARY 3, 2005 |

## MOTION FOR EXTENSION OF TIME RE: SENTENCING

The defendant, Albert LaTouche, hereby moves this Honorable Court to continue sentencing in the above referenced case to March 2, 2005. In support of this motion the defendant asserts the following:

1. On October 12, 2004 the defendant was convicted by jury of 9 counts of Mail Fraud in violation of Title 18 Section 1341.

2. The defendant's sentencing is scheduled for January 25, 2005 at 2:00 p.m..

3. The co-defendant Salvatore Cartelli's sentencing is scheduled for March 4, 2005.

4. Defense counsel is currently on trial in New Britain Superior Court before the Honorable Joseph M. Shortall in the case of State vs. Casmir Zubrowski. It is anticipated that the murder trial will last through the first week of February, 2005.

5. Following the state murder trial, defense counsel will need time to review the PSR and prepare a sentencing memorandum on the defendant's behalf

6. The government has been contacted and has no objection to this request.

7. The defendant remains at liberty at this time. He waives his rights to a speedy sentencing. An executed waiver has previously been provided to the clerk of the court.

WHEREFORE, the defendant moves that this motion for extension of time for sentencing be granted.

Respectfully submitted,
The Defendant

By: _____
William H. Paetzold
Moriarty & Paetzold, LLC
140 Hebron Avenue, Suite 102
Glastonbury, CT 06033
Tel No: (860)657-1010
Federal Bar No. ct10074

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed to the following counsel and parties of record on this 3rd day of January, 2005:

Calvin Kurimai, Esq.
Asst. U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

_____
William H. Paetzold