Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

FILED
2005 MAR 11  P 2:33
U.S. DISTRICT COURT

District of **CONNECTICUT**

United States of America
vs
Albert LaTouche

Docket No. **3:03CR182(SRU)**
**J. Stefan Underhill**
(District Court Judge)

Notice is hereby given that **Albert LaTouche** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ _____ ] _____
(specify)

entered in this action on **03/11/05**
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ____ ]

This appeal concerns: Conviction only [ X ]    Sentence only [ X ]    No [ ____ ]

Date **3/11/05**

TO
AUSA Calvin Kurimai
151 Church St
New Haven CT 06510

(Counsel for Appellant)
Address **2230 Main St**
**Glastonbury, CT 06033**

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: **(860) 657-1010**

| TO BE COMPLETED BY ATTORNEY | | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ X ] Trial **9/27/04 → 10/12/04**<br>[ X ] Sentencing **3-11-05**<br>[ ___ ] Post-trial proceedings | | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ X ]

ATTORNEY'S SIGNATURE _____    DATE **3/11/05**

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2