MEMORANDUM   RECEIVED

TO: U.S. Probation Office

MAR 22   2 05 PM '05

FROM: Alice Montz

U.S. PROBATION
BRIDGEPORT

DATE: March 22, 2005

RE: 3:03cr182 (SRU)

Presentence Report returned to U.S. Probation Office as to Albert Latouche

************************************************************

Ten days have passed since the defendant was sentenced. An appeal has been filed. We are returning the original Presentence Report to you.

Please acknowledge receipt on the attached copy of this memorandum and return it to the Clerk's Office.

Enclosure:   ORIGINAL PRESENTENCE REPORT

Received by: _____

Date: 3/22/05

FILED 2005 MAR 28 P 4:01 U.S. DISTRICT COURT BRIDGEPORT, CONN