# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
### OFFICE OF THE CLERK
### UNITED STATES COURTHOUSE
### 915 LAFAYETTE BOULEVARD
### BRIDGEPORT, CT 06604

**ROBIN D. TABORA**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**DINAH MILTON KINNEY**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DIVISION MANAGER
BRIDGEPORT

May 12, 2008

William H. Paetzold, Esq.
Jeffrey C. Kestenband, Esq.
Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Re: Case Name: USA v Latouche & Cartelli
Number: 3:03cr182 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

Defendant's Exhibits A,B,C,E,F,G,H,I,J,K,LM,N,O,P,Q,R,S,T,U,V,W,X,Y.
AA,BB,CC,DD,EE,FF,GG,HH,II,JJ,KK,MMNN,PP,QQ,SS,WW,XX,ZZ.
AAA,BBB,CCC,DDD

If they are not picked up by May 23, 2008 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

ROBIN   D. TABORA, Clerk

BY __/s/_____
        Alice Montz (203) 579-5952
        Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: _____